UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Josh Wilkinson,          )<br>    *Plaintiff*,        )<br>                               )<br>                               )<br>                               )<br>                               )<br>                               )<br>vs.                          )<br>                               )<br>Kilolo Kijakazi          )<br>Acting Commissioner of the   )<br>Social  Security Administration  )<br>    *Defendant*.     ) | Civil Action No. 5:21-cv-00628-DNH-DJS<br><br>David N. Hurd<br>United State District Judge<br><br>Daniel J. Stewart<br>United States Magistrate Judge<br><br>Stipulation – Document Filed Electronically |

### Parties' Stipulation for Remand

The parties stipulate that the Acting Commissioner's final decision be reversed and that this action be remanded to the Acting Commissioner for further administrative proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g). On remand, the Acting Commissioner will: assign the case to a new Administrative Law Judge; exhibit and evaluate the evidence from Upstate University Hospital dated January 7, 2017 through January 17, 2019 (304 pages); re-evaluate the opinion evidence of record; reassess Plaintiff's residual functional capacity; and acquire supplemental vocational expert testimony to determine whether Plaintiff can perform other work in the national economy. The parties consent to the entry of judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

    Respectfully Submitted,

| | |
|---|---|
| Kilolo Kijakazi, | Josh Wilkinson, |
| By Her Attorneys | By His Attorney |
| Carla B. Freedman,<br>United States Attorney | |

| | |
|---|---|
| */s/ Amelia E. Stewart* | */s/ Justin Goldstein* [1] |
| Amelia E. Stewart | Justin Goldstein, Esq. |
| Special Assistant United States Attorney | Law Offices of Kenneth Hiller |
| N.D.N.Y. Bar Roll No. 700990 | Attorney for Plaintiff |
| Social Security Administration | 6000 N. Bailey Ave, Suite 1A |
| Office of the General Counsel | Amherst, NY 14226 |
| J.F.K. Federal Building, Room 625 | (716) 564-3288 |
| Boston, MA 02203 | jgoldstein@kennethhiller.com |
| (617) 565-2376 | |
| Amelia.Stewart@ssa.gov | |

IT IS SO ORDERED:

David N. Hurd
U.S. District Judge

Dated: 1/27/22

---

[1] Signed with consent obtained by email by Special Assistant United States Attorney Amelia E. Stewart, received on January 26, 2022.